**Motion for Rehearing Granted, Relief Denied, and Supplemental Majority and Dissenting Opinions on Rehearing filed March 8, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-19-00991-CV

---

### DHI HOLDINGS, LP, Appellant

### V.

### DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE3; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE3; AND SPECIALIZED LOAN SERVICING, LLC, Appellees

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2018-06668**

---

### SUPPLEMENTAL DISSENTING OPINION ON REHEARING

For the reasons stated in my dissent on original submission, I would grant the relief requested in appellant's motion for rehearing. *See DHI Holdings, LP v. Deutsche Bank Nat'l Tr. Co. as Tr. for Morgan Stanley ABS Capital I Inc. Tr. 2006-*

*HE3, Mortgage Pass-Through Certificates, Series 2006-HE3*, No. 14-19-00991-CV, 2021 WL 5071472, at \*5 (Tex. App.—Houston [14th Dist.] Nov. 2, 2021, no pet. h.) (Zimmerer, J., dissenting).


/s/     Jerry Zimmerer
Justice


Panel consists of Justices Bourliot, Zimmerer, and Spain (Spain, J., Majority).